IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREGORY SMITH,

    Plaintiff,

vs.                                    Civ. No. 07-720 JCH/RHS,

ALLSTATE INSURANCE COMPANY,

    Defendant.

**ORDER ADOPTING THE PROPOSED FINDINGS
AND RECOMMENDED DISPOSITION OF
THE ASSIGNED MAGISTRATE JUDGE**

THIS MATTER having come before the Court on the proposed findings and recommended disposition of the assigned United States Magistrate Judge (docket no. 58) and it appearing to the Court that no objections to the same have been filed in the above captioned cause, and the Court being otherwise fully advised in the premises;

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the assigned United States Magistrate Judge (docket no. 58) are hereby adopted as the order of the Court.

_____
UNITED STATES DISTRICT JUDGE